**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE** DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br>ROBERTO GARCIA ROSA<br>xxx-xx-0602 | Case No.: 25-01100<br>Chapter 13<br>☒ Check if this is a pre-confirmation amended plan<br>☐ Check if this is a post confirmation amended plan<br>Proposed by:<br>☐ Debtor(s)<br>☐ Trustee<br>☐ Unsecured creditor(s) |
| **Puerto Rico Local Form G**<br><br>**Chapter 13 Plan dated** March 29, 2025 . | If this is an amended plan, list below the sections of the plan that have been changed. 2.1; 4.4. |

## PART 1: Notices

**To Debtor(s):** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.**

*In the following notice to creditors, you must check each box that applies*

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. The headings contained in this plan are inserted for reference purposes only and shall not affect the meaning or interpretation of this plan.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court.** The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you must file a timely proof of claim in order to be paid under this plan, unless ordered otherwise.

If a claim is withdrawn by a creditor or amended to an amount less than the amount already disbursed under the plan on account of such claim: (1) The trustee is authorized to discontinue any further disbursements to related claim; (2) The sum allocated towards the payment of such creditor's claim shall be disbursed by the trustee to Debtor's remaining creditors. (3) If such creditor has received monies from the trustee (Disbursed Payments), the creditor shall return funds received in excess of the related claim to the trustee for distribution to Debtor's remaining creditors. (4) If Debtor has proposed a plan that repays his or her creditors in full, funds received in excess of the related claim shall be returned to the Debtor.

The following matters may be of particular importance. Debtor(s) must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☒ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☒ Included | ☐ Not Included |

## PART 2: Plan Payments and Length of Plan

2.1    Debtor(s) will make payments to the trustee as follows:

| PMT Amount | Period(s) | Period(s) Totals | Comments |
|---|---|---|---|
| $325.00 | Months 1 through 36 | $11,700.00 | |

| Debtor | ROBERTO GARCIA ROSA | Case number | 25-01100 |
|---|---|---|---|
| Subtotals | 36 Months | $11,700.00 | |

*Insert additional lines if needed*

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

2.2 **Regular payments to the trustee will be made from future income in the following manner:**

*Check all that apply*
- ☐ Debtor(s) will make payments pursuant to a payroll deduction order.
- ☒ Debtor(s) will make payments directly to the trustee.
- ☐ Other (specify method of payment): _____

2.3 **Income tax refunds:**

Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will comply with 11 U.S.C. § 1325(b)(2). If the Debtor(s) need(s) to use all or a portion of such "Tax Refunds," Debtor(s) shall seek court authorization prior to any use thereof.

2.4 **Additional payments:**

*Check one.*
- ☐ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*
- ☒ *Debtor will make additional payment(s) to the trustee from other sources, as specified below. Describe the source, estimated amount, and date of each anticipated payment.*
  $27,100.00 - lump sum payment at month 24. Proceeds from sale of real property at calle 67 calle Quintana, Mayaguez, PR and/or 19 calle Montalvo, Mayaguez, PR.

## PART3: Treatment of Secured Claims

3.1 **Maintenance of payments and cure of default, if any.**

*Check one.*
- ☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
- ☒ *The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated, pro-rated unless a specific amount is provided below. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proo of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the Debtor(s).*

| Name of Creditor | Collateral | Current installment payments (ncluding escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if any) | Monthly PMT on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| BPPR | 67 calle Quintana, Mayaguez PR, and/or 19 calle Montalvo, Mayaguez, PR. | $0.00 | $29,811.41 | 8.5% | | $31,648.03 |
| | | Disbursed by: x Trustee    Debtor(s) | | | | |

| Debtor | ROBERTO GARCIA ROSA | Case number | 25-01100 |
|---|---|---|---|

3.2 **Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.

☐

*Insert additional claims as needed.*

3.3 **Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

3.4 **Lien Avoidance**.

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

3.5 **Surrender of collateral.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

3.6 **Pre-confirmation adequate protection monthly payments ("APMP") to be paid by the trustee.**

☐ Payments pursuant to 11 USC §1326(a)(1)(C):

| *Name of secured creditor* | *$ Amount of APMP* | *Comments* |
|---|---|---|
| None. | | |

*Insert additional claims as needed.*

Pre-confirmation adequate protection payments made through the plan by the trustee are subject to the corresponding statutory fee.

3.7 **Other secured claims modifications.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 3.7 need not be completed or reproduced.*

# PART 4: Treatment of Fees and Priority Claims

4.1 **General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

4.2 **Trustee's fees**
Trustee's fees are governed by statute and may vary during the term of the plan, nevertheless are estimated for confirmation purposes to be 10 % of all plan payments received by the trustee during the plan term.

4.3 **Attorney's fees**

Check one.

☒ **Flat Fee:** Attorney for Debtor(s) elect to be compensated as a flat fee for their legal services, up to the plan confirmation, according to LBR 2016-1(f).

| Debtor | ROBERTO GARCIA ROSA | Case number | 25-01100 |
|---|---|---|---|

**OR**

☐ **Fee Application:** The attorneys' fees amount will be determined by the court, upon the approval of a detailed application for fees and expenses, filed not later than 14 days from the entry of the confirmation order.

| | |
|---|---|
| Attorney's fees paid pre-petition: | $ 1,000.00 |
| Balance of attorney's fees to be paid under this plan are estimated to be: | $ 3,000.00 |
| If this is a post-confirmation amended plan, estimated attorney's fees: | $ |

**4.4   Priority claims other than attorney's fees and those treated in §§ 4.5, 4.6**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

☒ *The trustee shall pay in full all allowed claims entitled to priority under §507, §1322(a)(2), estimated in $1,750.00.*

| *Name of Priority Creditor* | *Estimated Amount of Claim to be paid* |
|---|---|
| *AAA* | *$1,750.00* |

**4.5   Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

**4.6   Post confirmation property insurance coverage**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 4.6 need not be completed or reproduced.*

## PART 5: Treatment of Nonpriority Unsecured Claims

**5.1   Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata. If more than one option is checked, the option providing the largest payment will be effective.

*Check all that apply.*

☐ The sum of $_____.
☐ _____% of the total amount of these claims, an estimated payment of $_____.
☒ The funds remaining after disbursements have been made to all other creditors provided for in this plan.
☐ If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $_____.

**5.2   Maintenance of payments and cure of any default on nonpriority unsecured claims.**

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3   Other separately classified nonpriority unsecured claims.**
*Check one*.

☒ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

## PART 6: Executory Contracts and Unexpired Leases

**6.1**   The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.

Debtor      ROBERTO GARCIA ROSA                     Case number      25-01100

*Check one.*

☒ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*


## PART 7: Vesting of Property of the Estate & Plan Distribution Order

**7.1    Property of the estate will vest in the Debtor(s) upon**
*Check the appliable box:*
☐    Plan confirmation.
☐    Entry of discharge.
☐    Other: _____

**7.2    Plan distribution by the trustee will be in the following order:**
(The numbers below reflect the order of distribution; the same number means prorated distribution among claims with the same number.)

1. Distribution on Adequate Protection Payments (Part 3, Section 3.6)
1. Distribution on Attorney's Fees (Part 4, Section 4.3)
1. Distribution on Secured Claims (Part 3, Section 3.1) – *Current contractual installment payments*
2. Distribution on Post Confirmation Property Insurance Coverage (Part 4, Section 4.6)
2. Distribution on Secured Claims (Part 3, Section 3.7)
2. Distribution on Secured Claims (Part 3, Section 3.1) – Arrearage payments
3. Distribution on Secured Claims (Part 3, Section 3.2)
3. Distribution on Secured Claims (Part 3, Section 3.3)
3. Distribution on Secured Claims (Part 3, Section 3.4)
3. Distribution on Unsecured Claims (Part 6, Section 6.1)
4. Distribution on Priority Claims (Part 4, Section 4.4)
5. Distribution on Priority Claims (Part 4, Section 4.5)
6. Distribution on Unsecured Claims (Part 5, Section 5.2)
6. Distribution on Unsecured Claims (Part 5, Section 5.3)
7. Distribution on General Unsecured claims (Part 5, Section 5.1)

Trustee's fees are disbursed before each of the distributions above described pursuant to 28 U.S.C. § 586(e)(2).

## PART 8: Nonstandard Plan Provisions

**8.1    Check "None" or list the nonstandard plan provisions**
☒    **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

8.2 THIS SECTION MODIFIES LBF-G, PART 2, SEC. 2.3: INCOME TAX REFUNDS TO BE USED TO FUND THE PLAN. TAX REFUNDS WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO FUND THE PLAN UNTIL THE PLAN'S COMPLETION. THE TENDER OF SUCH PAYMENT SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE,  HEARING OR COURT AUTHORIZATION PRIOR TO ANY USE.
8.3 SECURED CREDITOR SHALL RETAIN ITS LIEN ON COLLATERAL.

*Insert additional lines as needed.*

## PART 9: Signature(s)

/s/ Carlos M. Vargas-Muniz                              Date    March 29, 2025
Carlos M. Vargas-Muniz 121607
**Signature of Attorney of Debtor(s)**

/s/ ROBERTO GARCIA ROSA                              Date    March 29, 2025
ROBERTO GARCIA ROSA


**By filing this document, the attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and order of the provisions in this chapter 13 plan are identical to those contained in Local Form G (LBF-G), other than any nonstandard provisions included in Part 8.**

| Debtor | ROBERTO GARCIA ROSA | Case number | 25-01100 |
|---|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | CASE NO. 25-01100-MAG |
|---|---|
| ROBERTO GARCIA ROSA | |
| Debtor | CHAPTER 13 |

MOTION SUBMITTING AMENDED CHAPTER 13 PLAN

TO THE HONORABLE COURT:

1. The debtor submits herein an amended Chapter 13 plan dated March 29, 2025.

2. The amended plan increases the base at Part 2.1 and provides for full payment of a priority claim at Part 4.4.

WHEREFORE, the debtor respectfully requests that the amended plan dated March 29, 2025, be deemed to be the plan proposed for confirmation.

NOTICE TO PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve, and file an objection or other appropriate response to this paper with the Clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or, (iii) in the opinion of the Court, the interest of justice requires otherwise.

Certificate of service: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. I also certify that this motion has been served on this same

date, by First Class Mail, to their respective addresses of record to all listed creditors and their counsels, and to all those parties in interest as per the attached mailing list.

Dated: March 29, 2025.

/s/Carlos M. Vargas Muñiz
Carlos M. Vargas Muñiz
P.O. Box 1515
Mayagüez, PR 00681-1515
☎ 787-833-5115
💻 [vargascarlosm1@gmail.com](mailto:vargascarlosm1@gmail.com)

```
Label Matrix for local noticing         US Bankruptcy Court District of PR           BECKET AND LEE LLP
0104-2                                  Jose V Toledo Fed Bldg & US Courthouse       PO BOX 3001
Case 25-01100-MAG13                     300 Recinto Sur Street, Room 109             MALVERN, PA 19355-0701
District of Puerto Rico                 San Juan, PR 00901-1964
Ponce
Thu Mar 27 08:29:41 AST 2025

BPPR                                    CRIM                                         CRS LAW OFFICE, LLC
PO BOX 366816                           PO BOX 195387                                PLAZA CHALETS DE CAPARRA
SAN JUAN, PR 00936-6816                 SAN JUAN, PR 00919-5387                      45 CALLE 8 STE 11
                                                                                     GUAYNABO, PR 00966-1766


DEPARTMENT OF TREASURY                  INTERNAL REVENUE SERVICE                     ISLAND PORTFOLIO SERVICES, LLC
PO BOX 9024140                          2970 MARKET ST                               221 PONCE DE LEON AVE STE 401
SAN JUAN, PR 00902-4140                 STOP 4-N31.142                               SAN JUAN, PR 00917-1809
                                        PHILADELPHIA, PA 19104-5002


(p)JEFFERSON CAPITAL SYSTEMS LLC        LUNA COMMERCIAL II LLC                       CARLOS M VARGAS MUNIZ
PO BOX 7999                             c/o RVM PROFESSIONAL SERVICES LLC            PO BOX 1515
SAINT CLOUD MN 56302-7999               AVE REPARTO MENDOZA                          MAYAGUEZ, PR 00681-1515
                                        HUMACAO, PR 00791


MONSITA LECAROZ ARRIBAS                 OSMARIE NAVARRO MARTINEZ                     ROBERTO GARCIA ROSA
OFFICE OF THE US TRUSTEE (UST)          CHAPTER 13 TRUSTEE                           84 CALLE SAN JUAN
OCHOA BUILDING                          PO BOX 9024062                               BO. DULCES LABIOS
500 TANCA STREET  SUITE 301             SAN JUAN, PR 00902-4062                      MAYAGUEZ, PR 00682-3109
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-7999
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Island Portfolio Services LLC as servicer          End of Label Matrix
                                                      Mailable recipients    14
                                                      Bypassed recipients     1
                                                      Total                  15
```